```
[docket   ]                    CIVIL/CRIMINAL                          [vdkttext]
4. Queries                        Docketing


 Docket #  : 5:0 -cv-174                                    CAT 04
 Short Title: Truform, Inc.        v. General Motors Corp              GALLAS
 Type: cv   -    Judge: Dowd                   Magistrate:
------------------------------------------------------------------------------


------------------------------------------------------------------------------
                 Summary of Event that Created the Document

Filed      Entry Date  Last Update       History ID      Docketed by
2/2/00       2/2/00     **/**/**          2121382            ja
    +--------------------------------------------------------------+
     CIS filed by plaintiff.  Recommended Track: Standard. (1 pg)




    +viewing docket text-------------------------------------------+
Transaction: cis - -/ -/ - - -

 Command mode (? for commands)
```

#4