IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| TRUFORM, INC. | ) | CASE NO. 5:00CV0174 |
| | ) | |
| Plaintiff | ) | JUDGE DOWD |
| | ) | |
| -VS- | ) | SATISFACTION OF JUDGMENT |
| | ) | |
| GENERAL MOTORS CORPORATION | ) | |
| | ) | |
| Defendants | ) | |

************

To the Clerk of Courts for the United States District Court for the Northern District of Ohio:

Please mark the docket to indicate that payment by Defendant AMERICAN AXLE &

MANUFACTURING, INC. of Five Hundred Forty-Two Thousand Four Hundred Fifty-Seven

Dollars ($542,457.00) to Plaintiff TRUFORM, INC. has been paid and the above matter has been

satisfied.

Respectfully submitted,

GUY, LAMMERT & TOWNE

s/Ronald N. Towne
RONALD N. TOWNE, #0019622
ANN L. WEHENER, #0063216
Attorneys for Plaintiff TRUFORM, INC.
and Third-Party Defendant CLARENCE
BURKHOLDER
2210 First National Tower

1

Akron, Ohio 44308-1449
(330) 535-2151
(330) 535-9048 (fax)
awehener@neo.rr.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing was served by e-mail transmission by virtue

of its filing in the electronic filing system on this 9th day of December, 2003, to:

Michael A. Thompson
Krugliak, Wilkins, Griffiths
& Dougherty Co., L.P.A.
4775 Munson Street, N.W.
P.O. Box 36963

s/Ronald N. Towne
RONALD N. TOWNE, #0019622
ANN L. WEHENER, #0063216
Attorneys for Plaintiff TRUFORM, INC.
and Third-Party Defendant CLARENCE
BURKHOLDER
2210 First National Tower
Akron, Ohio 44308-1449
(330) 535-2151
(330) 535-9048 (fax)
awehener@neo.rr.com

2